IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:06cr25/MCR

JASON C. WILSON
a/k/a "CuLeX"
_____/

FINAL ORDER OF FORFEITURE
AS TO DEFENDANT JASON C. WILSON

WHEREAS, on April 14, 2006, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to the indictment in this action, and the attached forfeiture provision thereto, of the property listed as (A) Computer, HP Pavilion model: A465C, S/N MXK4030B5D and (B) Computer, HP Pavilion model: A1219H, S/N MX539016H;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **JASON C. WILSON** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **JASON C. WILSON's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

4

FILED IN OPEN COURT THIS
7-07-2006
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

IT IS SO ORDERED this 7th day of July 2006.

_M. Casey Rodgers_
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE